STATE OF CONNECTICUT *v.* BYRON ANDERSON

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 564, is granted, limited to the following issue:

"Did the defendant's agreement to plead guilty to fewer charges than contained in the original information in consideration of the state's promise to recommend a sentence of twenty years imprisonment with the defendant reserving the right to argue for a lesser sentence constitute a 'plea agreement' within the meaning of General Statutes § 51-195 so that he is not entitled to review of the sentence imposed of twenty years imprisonment?"

*Kent Drager,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided February 13, 1991

---

ROSEVILLE ESTATES, INC. *v.* BOARD OF TAX REVIEW OF THE TOWN OF WESTPORT
KOWALSKY PROPERTIES, INC. *v.* BOARD OF TAX REVIEW OF THE TOWN OF WESTPORT

The plaintiffs' petition for certification for appeal from the Appellate Court, 23 Conn. App 827, is denied.

*Randy Lynn Cohen,* in support of the petition.

*Keith D. Dunnigan* and *Michael S. Lynch,* in opposition.

Decided February 13, 1991